No. 82–1947. KOKER ET UX. *v.* BETTS ET AL. Appeal from Sup. Ct. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇▇▇▇

No. 82–2049. JOJOLA *v.* NEW MEXICO EX REL. HUMAN SERVICES DEPARTMENT. Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 82–2054. FALKENHAN *v.* PENNSYLVANIA. Appeal from Super. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇▇▇▇▇

No. 82–2096. MOORE *v.* KHOURIE ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇▇▇

No. 82–2099. GIULIANI *v.* CHUCK. Appeal from Int. Ct. App. Haw. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇▇

No. 82–2115. FIRST NATIONAL BANK & TRUST COMPANY OF EVANSTON, TRUSTEE *v.* ROSEWELL, COUNTY TREASURER OF COOK COUNTY, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇▇▇▇▇▇▇

No. 82–2132. LEWELLEN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▇▇▇▇▇